UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE SIMON-WHELAN,<br><br>Plaintiff,<br><br>-against-<br><br>THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., et al.,<br><br>Defendants.<br><br>-and-<br><br>SUSAN SHAER,<br><br>Plaintiff,<br><br>-against-<br><br>THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., et al., | Case No. 07 Civ 6423 (LTS) (AJP)<br><br><br><br>Case No. 10 Civ 373 (LTS) (AJP)<br><br>**DECLARATION OF SUSAN SHAER** |

I, Susan Shaer, declare and certify the following:

1. I am the named plaintiff in the second of the above-captioned matters.

2. While I determined to terminate Browne Woods George LLP ("BWG"), one of my counsel in my action, I cannot consent to the firm's motion to withdraw as counsel for the reasons stated by Seth Redniss, co-counsel in his recent applications to the Court, which I have read.

3.      Mr. Redniss was always part of a larger team that was backed by a law firm (BWG) with the financial and legal resources to litigate this case. It was never intended, that Mr. Redniss litigate this case alone, and I recognize that it is impossible for him to responsibly do so.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th of September, 2010.

_____
Susan Shaer